# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Chapter 13 Bankruptcy |
| | No. 15-45816-BDL |
| DARONG HAP | |
| SODAROTH MEL | |
| | |
| Debtor(s) | ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR(S) |

**IT IS HEREBY ORDERED** that ELLEN ANN BROWN is allowed to withdraw as

Debtor(s) counsel, effective immediately.

///end of order///

Presented By:

/s/ Ellen Ann Brown

_____
ELLEN ANN BROWN WSB27992
Attorney for Debtor(s)

ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS

BROWN and SEELYE
Attorneys at Law
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
253.573.1958
Fax 866-422-6196